IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMBER D. ZANELLA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOANNE B. BARNHART, )<br>Commission of Social Security, )<br>)<br>Defendant. ) | 2:06cv1319<br>Electronic Filing<br><br>Judge Cercone<br>Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this 9th day of May, 2007, after the plaintiff filed a petition seeking review of the final determination of the Commissioner of Social Security terminating her award of supplemental security income benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's Motion for Summary Judgment (Document No. 12) is DENIED, defendant's Motion for Summary Judgment (Document No. 14) is GRANTED, and that the decision of the Commissioner is affirmed.

*David Stewart Cercone*
David Stewart Cercone
United States District Judge

cc: Christine M. Nebel, Esquire
220 South Washington Street
Butler, PA 16001

Jessica Smolar, AUSA
United States Attorney's Office
Suite 4000
U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219